TPL:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6192 CR-HURLEY**

18 U.S.C. 2113(a)
18 U.S.C. 2

**MAGISTRATE JUDGE**
**VITUNAC**

UNITED STATES OF AMERICA,      :

        PLAINTIFF,      :

v.      :

ALFRED FISER,      :

        DEFENDANT.      :

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about June 30, 2000, at Broward County, in the Southern District of Florida, the defendant,

ALFRED FISER,

did knowingly, by force, violence and intimidation, take from the person and presence of an employee of World Savings Bank, approximately one thousand seven hundred and seventy- five dollars ($1,775.00) in United States currency, belonging to and in the care, custody, control, management, and possession of World Savings Bank, a bank whose deposits were then insured



by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a) and 2.

A TRUE BILL

*Leonard Roth*
FOREPERSON

*Steven R. Petri* (for)
GUY A. LEWIS
UNITED STATES ATTORNEY

*Thomas P. Lanigan*
THOMAS P. LANIGAN
ASSISTANT U.S. ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| ALFRED FISER | **Superseding Case Information:** |

**Court Division:** (Select One)

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

New Defendant(s)       Yes ___   No ___
Number of New Defendants    ___
Total number of counts        ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) NO_____
   List language and/or dialect _____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) NO___

If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) NO_____
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of __07/03/00_____
Rule 20 from the _____   District of _____

Is this a potential death penalty case? (Yes or No) NO _____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _x_ No

/s/ Thomas P. Lanigan
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5500033

*Penalty Sheet(s) attached                                                      REV.6/27/00

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET**

Defendant's Name: ALFRED FISER _____ NO. _____

Count # I    18 U.S.C. §2113(a) (Bank Robbery)

*Max. Penalty: Twenty years' imprisonment and $250,000 fine.

Count

*Max. Penalty:

Count #

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96