# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

ALFRED FISER

**WARRANT FOR ARREST**

CASE NUMBER: 00-6192

CR-HURLEY

MAGISTRATE JUDGE
VITUNAC

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ ALFRED FISER _____

Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)  Bank Robbery

in violation of Title __18__ United States Code, Section __2113(a) and 2__

CLARENCE MADDOX                           COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer                   Title of Issuing Officer

/s/ Jenny Butler                          FORT LAUDERDALE, FL — July 13, 2000
Signature of Issuing Officer              Date and Location

Bail fixed at $ Pretrial Detention        by _____
                                          UNITED STATES MAGISTRATE JUDGE
                                          Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |
| | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____ ALFRED FISER _____

ALIAS: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____ 09/01/1943 _____

SOCIAL SECURITY NUMBER: _____ 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 _____

HEIGHT: _____ 5' 11" _____   WEIGHT: _____ 200 lbs _____

SEX: _____ Male _____   RACE: _____ White _____

HAIR: _____ White/Gray _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____ DL # 431766570 (MO) _____

INVESTIGATIVE AGENCY AND ADDRESS: _____ Agent MILLER, FBI _____