[FILED JUL 24 2000]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO: 00-6192-CR-HURLEY

UNITED STATES OF AMERICA   )
                           )
v.                         )
                           )
ALFRED FISER               )
_____/

[FILED by ___ D.C. JUL 21 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by its United States Attorney, shows to the Court:

1. An indictment is pending in this Court against __ALFRED FISER__ in the above styled case, and it is set for _July 31, 2000_ at _9:00AM_ on _Monday_ at _West Palm Beach, Florida United States District Courthouse_.

2. The defendant is now confined in the _Broward County Jail_ at _Fort Lauderdale, Florida_.

3. It is necessary to have said defendant before this Court for _Initial Appearance_ as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said defendant and have him



before this Court at the time and place above specified for __initial appearance__; Warden of the aforesaid penal institution; and also directing the said Warden to deliver the said defendant into the custody of any United States Marshal for the aforesaid purpose.

                    GUY A. LEWIS
                    UNITED STATES ATTORNEY

By: _____
                    THOMAS P. LANIGAN
                    Assistant United States Attorney

cc: U.S. Attorney (AUSA Thomas P. Lanigan)