UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6192-CR-HURLEY
Inmate: ALFRED FISER
White Male
D.O.B. 01-10-43
SSN: 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
BROWARD COUNTY JAIL #



UNITED STATES OF AMERICA,  )
                            )
        Plaintiff,          )
                            )
vs.                         )
                            )
ALFRED FISER                )
                            )
        Defendant.          )
_____)

FILED by _____ D.C.

JUL 21 2000

LAWRENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. FLA. FT. LAUD.

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   ANY UNITED STATES MARSHAL and

      WARDEN, _____ BROWARD COUNTY JAIL _____

It appearing from the petition of the United States of America that the defendant in the above case, __ALFRED FISER__ is confined in the BROWARD COUNTY JAIL at MIAMI, FL, and this case is set for INITIAL APPEARANCE said defendant at WEST PALM BEACH, FLORIDA UNITED STATES DISTRICT COURTHOUSE, on MONDAY, JULY 31, 2000, and that it is necessary for said defendant to be before this Court for said proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you



have the body of the said __ALFRED FISER__ now detained in custody as aforesaid, under safe and secure conduct, before this Court at <u>WEST PALM BEACH, UNITED STATES DISTRICT COURTHOUSE</u> by or before __9:00__ o'clock, __A__ M., on <u>MONDAY, JULY 31, 2000</u> for <u>INITIAL APPEARANCE</u> on the criminal charges pending against subject in this cause, and upon completion of said proceeding that you return subject with all convenient speed, under safe and secure conduct, to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of __BROWARD COUNTY JAIL__ at <u>FORT LAUDERDALE, FLORIDA</u>, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this district for the purpose aforesaid.

DONE AND ORDERED at <u>FORT LAUDERDALE</u>, Florida, this 21st day of __July__, .

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: U.S. Attorney (Thomas P. Lanigan, AUSA)
    U.S. Marshals (4 certified copies)
    Chief Probation Officer