# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 7/31/00   TIME: 10:00 AM  ~~11:30am~~

DEFT. ALFRED FISER (J)(WRIT)   CASE NO. 00-6192-CR-HURLEY

AUSA. ~~THOMAS P. LANIGAN~~ Karen Atkinson jr   ATTY. Robin Rosen, AFPD

AGENT. _____   VIOL. BANK ROBBERY 18:2113(a) & 2

PROCEEDING INITIAL   BOND. PRETRIAL DETENTION

DISPOSITION Defendant advised of rights.

Federal Public Defender appt'd.

~~Reading of Indictment Waived~~
~~Not Guilty plea entered~~   Left unaigned
~~Jury trial demanded~~
~~Standing Discovery Order Requested.~~

Government requested PTD  PTD set 8/4/00 @ 10am.

DATE: 7/31/00   TAPE: LRJ-00- 64-1886/2170