UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6192-CR-HURLEY

UNITED STATES OF AMERICA,

vs.

ALFRED FISER,
            Defendant.
_____/

## ARRAIGNMENT INFORMATION SHEET

The above-named Defendant appeared before **Chief U.S. Magistrate Judge Johnson**, where the Defendant was arraigned and a plea of not guilty was entered.  Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge** **assigned to this case.**  The following information is current as of this date:

Defendant:                Jail No.:_____

                          Language: ENGLISH_____

                          Address: IN CUSTODY_____

                          _____

                          Tel. No:_____

Defense Counsel:          Name    : FEDERAL PUBLIC DEFENDER_____

                          Address: 400 AUSTRALIAN AVENUE NORTH_____

                                   WEST PALM BEACH, FLORIDA 33401__

                          Tel. No: 561-833-6288_____

Bond Set/Continued:       $ TEMP PTD_____


Dated this 31st  day of July_____, 2000.

                          CLARENCE MADDOX, CLERK

                          BY_____
                              Deputy Clerk


                                    TAPE NO. LRJ-00-64-1886/
                                    DIGITAL START NO. 2170

