UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO. 00-6192-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALFRED FISER,

    Defendant.

_____/



## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

*Lori Barrist*

Lori Barrist
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 374504
400 Australian Ave., Suite 300
West Palm Beach, Florida 33401
Telephone: (561) 833-6288
Fax: (561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered this 2nd day of August, 2000, to the United States Attorney's Office, 701 Clematis Street, West Palm Beach, FL 33401.

_____
Lori Barrist