## COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 8/04/00   TIME: 10:00 AM

DEFT. ALFRED FISER (J)(WRIT)   CASE NO. 00-6192-CR-HURLEY

*Thomas Larizer*   *Dave Brannon for Lori Barrist*

AUSA. ~~KAREN ATKINSON~~   ATTY. FEDERAL PUBLIC DEFENDER

AGENT. _____   VIOL. BANK ROBBERY
18:2113(a) & 2

PROCEEDING  PRETRIAL DETENTION   BOND. TEMP PTD

DISPOSITION  Stipulated Bond set @ $500,000 CSB w/Nebbia. Bond cannot be posted without further hearing. Defendant has the option of a full blown hearing if he so wishes in the future.

DATE: 8/4/00   TAPE: LRJ-00- 66-225