UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6192-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALFRED FISER,

    Defendant.

_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

*Stipulated Bond set @ $500,000 CSB with cobbon. Bond cannot be posted without further hearing.*

**DONE AND ORDERED** at West Palm Beach, Florida this <u>4th</u> day of <u>August</u>, 20<u> 00 </u>.

TAPE NO:LRJ-00-66 225

CHIEF U.S.MAGISTRATE JUDGE
LINNEA R. JOHNSON

c: AUSA-T. Lanigan
   Defense Counsel - Lori Barrist AFPD
   Pretrial Services
   U.S. Marshal