# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA    490278

UNITED STATES OF AMERICA

V.

ALFRED FISER

**WARRANT FOR ARREST**

CASE NUMBER: 00-6192-CR-HURLEY
MAGISTRATE JUDGE
VITUNAC

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ALFRED FISER _____
                                                  Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)   Bank Robbery

in violation of Title __18__ United States Code, Section __2113(a) and 2__

RECEIVED 2000 JUL 13 PM 3: 21 UNITED STATES MARSHAL SOUTHERN DISTRICT OF FLORIDA FT. LAUD. OFFICE

CLARENCE MADDOX                                        COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer                                Title of Issuing Officer

_Jenny Butler_                                         FORT LAUDERDALE, FL — July 13, 2000
Signature of Issuing Officer                           Date and Location

Bail fixed at $ _Pretrial Detention_                   by _Barry Seltzer_
                                                          UNITED STATES MAGISTRATE JUDGE
                                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ WHCAP from BSO - Initial appearence in WPB |

| DATE RECEIVED 7/13/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/24/00 | FOR: FBI | John Walker, ASDUSM |