TO: THE HONORABLE DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA v. __ALFRED FISER__

CASE NO. __00-6192__ CR-HURLEY

THIS CAUSE is presently set for Pre-Trial Status Conference on __August 31, 2000__.

The parties report as follows

__X__ There are no pending motions for pre-trial determination

__☒__ The following motions are pending before the assigned Magistrate Judge:

_____None_____

_____

_____

_____ The following motions are pending and appropriate for resolution by
the District Court at time of trial:

_____None_____

_____

_____

__X__ There are no discovery problems.

__X__ The case is likely to settle by plea.

_____ The case is ready for trial and not likely to settle by plea.

_____ The parties estimate trial will take _____ days to complete.

_____ Other comments: Status conference set before district court 9:00 a.m. on Aug 31.

Respectfully submitted,

LINNEA R. JOHNSON
CHIEF U. S. MAGISTRATE JUDGE