UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO. 00-6192-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALFRED FISER,

    Defendant.
_____/

## NOTICE OF PLEA HEARING

The defendant, Alfred Fiser, through counsel, hereby notifies the court that he will enter a guilty plea on Friday, October 27, 2000, at 8:30 a.m.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER



Lori Barrist
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 374504
400 Australian Ave., Suite 300
West Palm Beach, Florida 33401
Telephone: (561) 833-6288
Fax:(561) 833-0368



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered this 15th day of August, 2000, to Tom Lanigan, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; and to Alfred Fiser, Pouch 1240, Cell S8C, Palm Beach County Jail, P. O. Box 24716, West Palm Beach, FL 33416.

_/s/ Lori Barrist_
Lori Barrist