## CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY



FILED by _____ D.C.
OCT 27 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

===========================================

Case No. 00-6192-CR            Date October 27, 2000

Courtroom Deputy: James E. Caldwell       Court reporter: Pauline Stipes

Language Spoken: English       Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. Alfred Fiser

AUSA: Kerry Baron for Thomas P. Lanigan       DEFENSE COUNSEL: AFPD Lori Barrist

TYPE OF HEARING: Change of plea from not guilty to guilty as to the indictment.

RESULTS OF HEARING: After an inquiry, the plea of guilty was accepted.

Misc.: Sentencing date set for Friday, January 5, 2001, at 8:30 a.m.