UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6192-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALFRED FISER,

    Defendant.

_____/



### REQUEST FOR DOWNWARD DEPARTURE

The defendant, Alfred Fiser, through counsel, requests that the court depart downward from the guideline range of 37 to 46 months pursuant to §§ 5K2.13 and 5H1.4 of the sentencing guidelines, and in support says:

1. The defendant has been convicted of bank robbery.

2. He has no prior record, and as such, is in criminal history category I, with a guideline range of 37 to 46 months.

3. The defendant suffers from mental illness. In August 1999, he attempted suicide. (See PSI, ¶ 32). He has been diagnosed with major depression and has been taking Prozac ever since.

4. The defendant also has several health problems. Due to these problems, he looks much older than 57 – more like 77. He has high blood pressure. He has cellulitis in both legs, causing him to limp. He also suffers from arthritis.



5. Section 5K2.13 of the sentencing guidelines provides that a sentence below the applicable guideline range may be warranted if the defendant committed the offense while suffering from a significantly reduced mental capacity. While the court may not depart if the significantly reduced mental capacity was caused by the voluntary use of drugs or other intoxicants, in this case, it was caused by his depression. Nor did the defendant's offense involve actual violence or even a serious threat of violence. Although the demand note stated "No dye or we all die. Thank you", no one could actually have felt threatened by this old man; he could barely even walk. Finally, he has no criminal history. As such, the court should depart.

6. Section 5H1.4 of the guidelines provides that while physical condition or appearance is not ordinarily relevant in determining whether a sentence should be outside of the applicable guideline range, an extraordinary physical impairment may be a reason to impose a sentence below the range. The defendant's numerous health conditions warrant such a departure.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

_____
Lori Barrist
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 374504
400 Australian Ave., Suite 300
West Palm Beach, Florida 33401
Telephone: (561) 833-6288
Fax:(561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered this 7th day of December 2000, to Tom Lanigan, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; Trish Borah, United States Probation Officer, 501 South Flagler Drive, Suite 400, West Palm Beach, Florida 33402-5912; and to Alfred Fiser, Pouch 1240, Cell S8C, Palm Beach County Jail, P. O. Box 24716, West Palm Beach, FL 33416.

Lori Barrist