UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6192-CR-HURLEY



UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ALFRED FISER,

    Defendant.

_____/

## CLARIFICATION TO PRESENTENCE REPORT

The defendant, Alfred Fiser, through counsel, hereby files the following clarification to the presentence report, and in support says:

Paragraph 37 of the PSI states that the defendant was employed by Scott and Son Engineering of Miami from October 26, 1999 until April 6, 2000, when he was terminated for "dishonesty."

Robert Scott, the owner of the company, was interviewed on December 6, 2000, by Joe Carmack, an investigator with the Federal Public Defender's Office. According to Scott, when he told the probation officer that Fiser was fired for dishonesty, he was referring to the fact that during the last month of his employment, Fiser took one of Scott and Son's clients to another contractor. Apparently, Fiser hoped to make some money through the referral to the other contractor.

Scott told Carmack that Fiser had many good qualities and liked him very much. He said he would re-employ Fiser "in a heart beat" if he were off drugs. If the court were inclined to permit

some sort of work release program, Scott would provide transportation for Fiser and give him work.

Once Fiser is released from jail, he has a job waiting for him with Scott and Sons.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

Lori Barrist
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 374504
400 Australian Ave., Suite 300
West Palm Beach, Florida 33401
Telephone: (561) 833-6288
Fax:(561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered this 8th day

of December 2000, to Tom Lanigan, Assistant United States Attorney, 299 East Broward

Boulevard, Fort Lauderdale, Florida 33301; Trish Borah, United States Probation Officer, 501 South

Flagler Drive, Suite 400, West Palm Beach, Florida 33402-5912; and to Alfred Fiser, Pouch 1240,

Cell S8C, Palm Beach County Jail, P. O. Box 24716, West Palm Beach, FL  33416.

Lori Barrist