ps

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6192-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

      v.

ALFRED FISER,

    Defendant.

_____/



## NOTICE OF FILING

    The defendant, Alfred Fiser, gives notice of the filing of the attached letters from his sister and a friend.

                       KATHLEEN M. WILLIAMS
                       FEDERAL PUBLIC DEFENDER

                       Lori Barrist
                       Assistant
                       Federal Public Defender
                       Attorney for the Defendant
                       Florida Bar No. 374504
                       400 Australian Ave. N., Suite 300
                       West Palm Beach, FL 33401
                       Telephone: (561) 833-6288
                       Fax: (561) 833-0368

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was mailed this $\underline{30^{th}}$ day of

December, 2000, to Assistant United States Attorney Tom Lanigan, 500 E. Broward Boulevard, 7th

Floor, Fort Lauderdale, Florida 33394; United States Probation Officer, Trish Borah, 501 S. Flagler

Drive, Suite 400, West Palm Beach, Florida 33401; and to defendant, Alfred Fiser, c/o Palm Beach

County Jail, Pouch 1240, Cell S8C, P.O. Box 24716, Gun Club Road, West Palm Beach, Florida

33416.


_____
Lori Barrist

December 5, 2000

The Honorable Judge Hurley

Dear Judge Hurley:

I am writing this letter on behalf of my brother, Al Fiser. In July of this year, Al committed a crime of bank robbery in Broward County and has been incarcerated at the WPB County Jail. I would like to give you a brief background of my brother. He's the oldest of 9 children, a father of 3 beautiful children, an uncle to many nieces and nephews and a friend to all who meet and know him. Al suffers from the diseases of alcoholism and drugs. The addiction has consumed his body and soul over the years. Prior to Al moving back to Florida from Missouri in October 1999, I had the opportunity to live in the same city with him for over 3 years and get reacquainted with my older brother. We had been separated by geography for many years and unable to be close and to know each other. I am so grateful for those years. When Al moved from Florida to Missouri in 1994, he came to be near his closest friends in life, Danny and Cecelia King. He had just his clothes on his back and nothing else. They opened up their home and their hearts to him. Within just a few weeks, Al found a good job and began to rebuild on his life and future in Sullivan. He bought a mobile home, a car, home furnishings. He had regular visits with his kids, paid his child support and was very happy. I moved to Sullivan in 1996 and we have shared some of the best times I can remember. The summer of 1999, I knew Al was drinking heavily and seemed to be very depressed. I had him admitted to an alcohol and drug Rehabilitation Center (hospital) where he sought treatment for 5 weeks. He seemed to respond and his thoughts, actions and behavior seemed much improved. Al struggles, in my opinion, with living a realistic life. He has a good heart, a loving heart, a kind heart. He desperately needs the support of his family and friends. I have talked with Al on a weekly basis since his incarceration and through each visit, I feel stronger about his future and his plans.
Your Honor, he made a mistake, a BIG mistake; A mistake that has affected many lives; A mistake that he will have to live with for the rest of his life. As will the employees of the bank, his children, his brother and sisters, his friends. I believe in my brother and I believe that when he is able to walk out of the prison doors, he will be a changed man, a stronger man. I am certain he will return to Missouri, live with me until he can get a job and support himself and not let his past rob him of his future. I also know that the wonderful programs that AA and NA offers will be a very important part of Al's recovery.
Thank you for allowing me to speak on his behalf.

Kindest regards,

Millie Fiser
32 Dunsford #7

**TO WHOM IT MAY CONCERN:**

I HAVE KNOWN AL FISER FOR A COUPLE OF YEARS AND WOULD LIKE TO WRITE A FEW WORDS ON WHAT I KNOW OF HIM. AL WAS WORKING WHEN I MET HIM AND CONTINUED TO BE EMPLOYED UP UNTIL THE TIME HE LEFT FOR FLORIDA. AL DID EXPERIENCE SOME MEDICAL PROBLEMS THAT DISCOURAGED HIM, BUT HE DID HIS BEST TO OVERCOME THEM AND CONTINUE ON.

AL IS A GOOD MAN. AL PROBABLY HAD MORE FRIENDS HERE IN MISSOURI THAN EVEN HE REALIZED. PEOPLE THAT CARED ABOUT HIM AND LIKED BEING AROUND HIM. HE PLAYED IN A LOCAL POOL LEAGUE AND EVEN TODAY, PEOPLE OCCASSIONALY ASK ME HOW AL (THE GOOD POOL PLAYER) IS DOING? AL WAS ALWAYS AVAILABLE TO HELP ANYONE LEARN THE GAME OF POOL AND GAVE OF HIS TIME TO TEACH OTHERS THE SPORT THAT HE LOVES.

AL IS ALSO A GOOD MAN IN LIFE. HE WOULD GIVE YOU "THE SHIRT OFF HIS BACK" IF YOU ASK HIM FOR IT. HIS HEART IS "TOO BIG" SOMETIMES AND OCCASSIONALLY THAT LEADS HIM INTO DIFFICULT SITUATIONS.

I DO NOT FEEL THAT AL IS A THREAT TO OUR SOCIETY, BUT RATHER UNDER THE CORRECT GUIDANCE, WOULD BE A PLUS IN THE WORLD. AL IS A GOOD WORKER AND I HAVE HEARD THAT A COUPLE FORMER EMPLOYERS WOULD LIKE TO HAVE HIM BACK. HE CAN HAVE A POSITIVE IMPACT ON THE BUSINESS WORLD AND WITH THE RIGHT GUIDANCE, AL'S LIFE CAN BE A POSITIVE EXAMPLE FOR OTHER PEOPLE IN HIS SITUATION.

I THANK YOU FOR READING THESE FEW LINES THAT I HAVE WRITTEN ABOUT AL FISER AND HOPE THAT YOU APPRECIATE THAT AL WAS A GOOD FRIEND TO ME.

SINCERELY,

Gary L Reed

357 S Oliver
Sullivan, mo 63080