PROB 12A  
(SD/FL 10/01)

SD/FL PACTS No. 64815

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6192-CR-HURLEY**



## REPORT ON OFFENDER UNDER SUPERVISION

Name of Offender:   **FISER, Alfred**

Name of Sentencing Judicial Officer:   The Honorable Daniel T. K. Hurley  
U.S. District Judge  
West Palm Beach, FL

FILED by _____ D.C.  
JUL 31 2003  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. - W.P.B.

Date of Original Sentence:   January 5, 2001

Original Offense:   Bank Robbery, 18 U.S.C. § 2113(a), a Class C felony

Original Sentence:   37 months Bureau of Prisons; three years supervised release; special conditions: 1) The defendant shall participate in an approved treatment program for mental health/substance abuse, as directed by the U.S. Probation Office, and abide by all supplemental conditions of treatment. Participation may include inpatient/outpatient treatment, if deemed necessary; 2) The defendant shall maintain full-time, legitimate employment and is not to be unemployed for a term of more than 30 days unless excused by the U.S. Probation Officer. Further, the defendant shall provide documentation including, but not limited to, pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and other documentation requested by the U.S. Probation Officer; and $1,775.00 restitution.

Type of Supervision: Supervised Release         Date Supervision Commenced: April 4, 2003

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about June 3, 6, 11, 12, 16, 19, 24, and June 26, 2003, the defendant submitted urine specimens which tested positive for the presence of cocaine in our local laboratory and subsequently were confirmed positive by PharmChem Laboratories, Inc. |

PROB 12A  
(SD/FL 10/01)                                                                                                                 SD/FL PACTS No. 64815

Name of Offender:   **FISER, Alfred**                              CASE NO.  <u>**00-6192-CR-HURLEY**</u>

U.S. Probation Officer Action:

    On April 7, 2003, Mr. Fiser was instructed on all conditions of supervised release, including special conditions for mental health and substance abuse counseling and payment of restitution in the amount of $1775.00. He was unemployed until obtaining a job with Grady Parker in Riviera Beach, Florida, working as an estimator. He was residing with his brother and sister-in-law in Jupiter, Florida, until he could afford his own residence.

    Mr. Fiser appeared to be making an adequate adjustment, however, was reprimanded on one occasion as he admitted to drinking a couple of beers with his brother when they were washing a car. He was advised that he was not to consume any alcohol while on supervision, based on a long history of alcohol abuse and cocaine use.

    Mr. Fiser began to re-establish a relationship with his daughter and son in the community; however, the probation officer suspects that Mr. Fiser's children did not include him in their lives as much as Mr. Fiser wanted and he soon became depressed, as evidenced by a relapse that began on June 3, 2003, when he tested positive for cocaine. He subsequently provided an additional seven urine specimens positive for cocaine prior to being placed in residential treatment at The Comprehensive Alcoholism and Rehabilitation Programs, Inc. (CARP) on June 27, 2003. In addition to the use of cocaine, Mr. Fiser admitted that he had returned to alcohol use. Mr. Fiser has been placed in the intensive residential treatment facility at CARP where it is anticipated he will remain for the next 60 days, at which time he would transfer to CARP's halfway house for an additional four months. It is felt by the probation officer that a structured treatment environment will assist Mr. Fiser in maintaining future sobriety.

    At this time, it is recommended that no further action be taken by the Court. However, should Mr. Fiser fail to successfully complete inpatient and outpatient treatment or should he relapse by using alcohol or cocaine, the Court will be advised and a warrant will be requested.

    If the Court has any questions concerning this matter, please contact this officer at 561-804-6844.

                                               Respectfully submitted,

by  
                                               Terry V. Graves  
                                               U.S. Probation Officer  
                                               Phone: 561-804-6844  
                                               Date: July 16, 2003

PROB 12A  
(SD/FL 10/01)

SD/FL PACTS No. 64815

Name of Offender: **FISER, Alfred**         CASE NO. <u>**00-6192-CR-HURLEY**</u>

---

[X] Concur with action(s) taken by the U.S. Probation Officer  
[ ] Submit a Request for Modifying the Conditions or Term of Supervision  
[ ] Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial ~~Officer~~

July 29, 2003  
Date