PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 64815

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6192-CR-HURLEY

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender:   **FISER, Alfred**

Name of Sentencing Judicial Officer:   The Honorable Daniel T. K. Hurley
U.S. District Judge
West Palm Beach, FL

FILED by _____ D.C.

NOV - 3 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Date of Original Sentence:   January 5, 2001

Original Offense:   Bank Robbery, 18 U.S.C. § 2113(a), a Class C felony

Original Sentence:   37 months Bureau of Prisons; three years supervised release, special conditions: 1) The defendant shall participate in an approved treatment program for mental health substance abuse, as directed by the U.S. Probation Office, and abide by all supplemental conditions of treatment. Participation may include inpatient/outpatient treatment, if deemed necessary; 2) The defendant shall maintain full-time, legitimate employment and is not to be unemployed for a term of more than 30 days unless excused by the U.S. Probation Officer. Further, the defendant shall provide documentation including, but not limited to, pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and other documentation requested by the U.S. Probation Officer; and $1,775.00 restitution.

Type of Supervision: Supervised Release       Date Supervision Commenced: April 4, 2003

Assistant U.S. Attorney:                      Defense Attorney:
Thomas Lanigan                                 Lori Barist, AFPD
500 East Broward Boulevard, 7th Floor          400 Australian Avenue, Suite 300
Fort Lauderdale, FL 33394                      West Palm Beach, FL 33401

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

PROB 12C  SD/FL PACTS No. 64815
(SD/FL 9/96)

Name of Offender:   **FISER, Alfred**                           CASE NO. <u>00-6192-CR-HURLEY</u>

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Mandatory Condition**, by unlawfully using or possessing a controlled substance. On or about June 3, 6, 11, 12, 16, 19, 24, 26, and June 28, 2003, the defendant submitted urine specimens which tested positive for the presence of cocaine in our local laboratory and subsequently were confirmed positive by PharmChem Laboratories, Inc. |
| 2 | **Violation of Mandatory Condition**, by unlawfully using or possessing a controlled substance. On or about October 18, 2003, and October 20, 2003, the defendant submitted urine specimens which tested positive for the presence of cocaine as confirmed positive by PharmChem Laboratories, Inc. |
| 3 | **Violation of Special Condition**, by failing to participate in an approved treatment program. On or about November 2, 2003, the defendant was unsuccessfully discharged from The Comprehensive Alcoholism and Rehabilitation Programs, Inc. (CARP) |

U.S. Probation Officer Recommendation:

- [X] The term of supervision should be
- [X] revoked.
- [ ] extended for _ years, for a total term of _ years.
- [ ] The conditions of supervision should be modified as follows:

Respectfully submitted,

by    *[signature]*
Terry V. Graves
U.S. Probation Officer
Phone: 561-804-6844
Date: November 3, 2003

PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 64815

Name of Offender: **FISER, Alfred**  CASE NO. <u>**00-6192-CR-HURLEY**</u>

THE COURT ORDERS:

[ ]  No Action  
[✓]  The Issuance of a Warrant  
[ ]  The Issuance of a Summons  
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

_____  
Signature of Judicial Officer

Nov. 3, 2003  
Date