PROB 19a  SD/FL PACTS No. 64805

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6192-CR-HURLEY</u>



FILED by _____ D.C.

NOV - 3 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

U.S.A. vs FISER, Alfred

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |
|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. |

| NAME OF SUPERVISED RELEASEE<br>**FISER, Alfred** | SEX<br>**M** | RACE<br>**W** | AGE<br>**60** |
|---|---|---|---|
| ADDRESS (STREET,CITY,STATE)<br>5406 East Avenue, West Palm Beach, FL 33402 | | | |
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>The Honorable Daniel T. K. Hurley, United States District Judge<br>West Palm Beach, FL | DATE IMPOSED<br>01/05/01 | | |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>The Honorable Daniel T. K. Hurley, United States District Judge<br>West Palm Beach, FL | | | |
| CLERK<br>**Clarence Maddox** | (BY) DEPUTY CLERK | DATE<br>Nov. 3, 2003 | |

| RETURN | | |
|---|---|---|
| **Warrant received and executed.** | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for <u>Southern</u> District of <u>Florida</u>;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

## Personal History of Absconder

CONFIDENTIAL
DO NOT FILE DO NOT SCAN
RETURN TO PROBATION

SD/FL PACTS#: 64815

| | |
|---|---|
| **TO:** | U.S. MARSHALLS, Warrant Supervisor |
| **FROM:** | GRAVES, TERRY V.<br>U.S. COURTS, 501 S. FLAGLER DRIVE, SUITE 400<br>WEST PALM BEACH, FL 33401-5912<br>(561) 804-6844 |
| **RE:** | FISER, ALFRED LOYD |

**SEX:** M  **RACE:** WHITE
**DOB:** 9/1/1943  **POB:** MORRILTON, ARKANSAS
**HEIGHT:** 5'11  **WEIGHT:** 200
**EYES:** BLUE  **HAIR:** GREY

**Aliases:** ALFRED FISHER

**Complexion** (Scars, Tattoos, Deformities, other ID marks):
RUDDY. GLASSES

**FBI:** 547443H  **SSN:** 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
**MRSH:** 55406-004  **INS:**
**FDLE:** 02119555

**Type of supervision:** TSR

**In custody now:**
**Drug use:** YES  **Drug:** COCAINE
**Mental Health:** NO  **Medications:**
**Last face-to-face contact (date):** 10/29/2003
**Does subject know warrant has been issued?:** YES

### CURRENT ADDRESS

5400 EAST AVE., WEST PALM BEACH, FL 0

**Address history**

### CURRENT PHONES

(561) 248-1928 (C) (561) 844-8660 (H)

**Phone history**

**CURRENT EMPLOYMENTS**

**CURRENT VEHICLES**

---

**Current offense:** ROBB

**Nature, place and date of last known arrest and next court appearance:**

**Violent history:** YES

**Known co-defendants and associates and areas subject may frequent (names, aliases, addresses):**

CHECK WITH EMPLOYER AND CARP HALF WAY HOUSE.

**Known family and relatives(name, relation, address, phone no.):**

MACK FISER-BROTHER-WAS RESIDING AT BROTHER'S RESIDENCE WHEN RELEASED FROM BOP AT 11762 153RD RD. N., JUPITER FARMS.

BAKER ACT - 11/2/03 AND TAKEN TO ST MARY'S PAVILION DUE TO SUICIDE ATTEMPT