# COURT MINUTES

CHIEF U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**  DATE: 11/06/2003  TIME: 10:00 AM

DEFT. ALFRED FISER (J)  CASE NO. 00-6192-Cr-Hurley/Vitunac

AUSA. *Carolyn Bell* / THOMAS LANIGAN  ATTY. *Cori Barrist, AFPD*

AGENT. TERRY GRAVES-PROBATION  VIOL. VIOL. OF SUPERVISED RELEASE

PROCEEDING INITIAL HEARING ON VIOL. OF SUPERVISED RELEASE  BOND. NO BOND RECOMMENDED

DISPOSITION *Initial held*

Deft present - sworn/HSI

Violations read to deft & advised of his rights

Court questions deft, finds him indigent & appoints PD

Deft admits to violations, stipulate to detention at this time, waives prelim. & final hearings & request to proceed to sentencing

R&R to follow

DATE: 11-6-03  TAPE: AV03-57-672