rlb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6192-CR-HURLEY\VITUNAC



UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALFRED FISER,

    Defendant.

_____/

### NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

        By: _/s/ Lori Barrist_____
        Lori Barrist
         Assistant
        Federal Public Defender
        Attorney for Defendant
        Florida Bar No. 374504
        400 Australian Ave., Suite 300
        West Palm Beach, Florida 33401
        Telephone: (561) 833-6288
        Fax:(561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered this 6th day of November, 2003 to the Assistant United States Attorney Tom Lanigan, 500 East Broward Blvd, 7th Floor, Ft Lauderdale, FL 33301.

_____
Lori Barrist