PROB 19a                                                                                      SD/FL PACTS No. 64805

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6192-CR-HURLEY

U.S.A. vs FISER, Alfred

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |
|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. |

| NAME OF SUPERVISED RELEASEE<br>FISER, Alfred | SEX<br>M | RACE<br>W | AGE<br>60 |
|---|---|---|---|

| ADDRESS (STREET,CITY,STATE) |
|---|
| 5406 East Avenue, West Palm Beach, FL 33402 |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>The Honorable Daniel T. K. Hurley, United States District Judge<br>West Palm Beach, FL | DATE IMPOSED<br>01/05/01 |
|---|---|

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE) |
|---|
| The Honorable Daniel T. K. Hurley, United States District Judge<br>West Palm Beach, FL |

| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK | DATE<br>Nov. 3, 2003 |
|---|---|---|

| RETURN |
|---|

| Warrant received and executed. | DATE RECEIVED<br>11-03-2003 | DATE EXECUTED<br>11-05-2003 |
|---|---|---|

| EXECUTING AGENCY (NAME AND ADDRESS)<br>U.S. MARSHALS SERVICE |
|---|
| 701 CLEMATIS STREET, RM.215, West Palm Beach, FL 33401 |

| NAME<br>CHRISTINA PHARO USM S/FL | (BY)<br>Ramdeo Ganesh DUSM S/FL | DATE<br>11/5/03 |
|---|---|---|

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."