ps                     UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF FLORIDA

                       CASE NO. 00-6192-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALFRED FISER,

    Defendant.

_____/

## UNOPPOSED MOTION TO SET SENTENCING AFTER PSYCHOLOGICAL EVALUATION

The defendant, ALFRED FISER, through counsel, asks that the court wait until after he has been evaluated by Dr. Michael Brannon to set his sentencing hearing, and in support says:

1. The defendant has been charged with violating the conditions of his supervision by using cocaine and being unsuccessfully discharged from CARP. The defendant admitted the allegations, and faces a guideline sentence of 3 to 9 months.

2. The facts underlying the defendant's arrest are that on November 1, 2003, he failed to return to the halfway house after using alcohol and cocaine. He called the night manager at CARP and was told that because he hadn't returned when required, his bags would be packed, and he would not be permitted to return at all. A short time later, and afraid of returning to jail, the defendant called back and informed the manager that he was going to kill himself. The defendant was found later that morning in his car in a warehouse area near CARP. Mr. Fiser had overdosed on his blood pressure medication, and had hooked up a hose from his vehicle's exhaust to the passenger

compartment in an attempt to kill himself by carbon monoxide poisoning. The defendant was Baker Acted at St. Mary's Hospital until November 4, 2003.

3. A review of the presentence report reveals that in August 1999, the defendant had "suicidal tendencies." At the time of his January 5, 2001 sentencing, he was taking Prozac for depression.

4. Dr. Michael Brannon has been hired to evaluate the defendant's mental condition for use at the defendant's revocation hearing. Dr. Brannon estimates that it will take him approximately two weeks to evaluate the defendant, review his medical records, and prepare a written report.

5. The defendant requests that the court schedule the defendant's sentencing hearing the week of December 15, 2003, or December 22, 2003, or after January 7, 2003. Counsel will be out of the office on December 18, 2003 and from December 31, 2003 through January 7, 2004.

6. Assistant United States Attorney Tom Lanigan has no objection to scheduling the defendant's sentencing after the psychological evaluation, but asks that the hearing not be set the week between Christmas and New Year's.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

_/s/ Lori Barrist_
Lori Barrist
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 374504
400 Australian Ave. N., Suite 300
West Palm Beach, FL 33401
Telephone: (561) 833-6288
Fax: (561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this **21ST** day of November, 2003, to Assistant United States Attorney Tom Lanigan, 500 East Broward Boulevard, 7th Floor, Ft. Lauderdale, FL 33401; United States Probation Officer Terry Graves, 501 S. Flagler Drive, Suite 400, West Palm Beach, Florida; and to defendant Alfred Fiser, Reference No. 75737 Palm Beach County Jail, P. O. Box 24716, Gun Club Road, West Palm Beach, FL 33416.

*Lori Barrist*
Lori Barrist

S:\WPDOCS\barrist\fiser evaluation motion