ps            UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6192-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALFRED FISER,

    Defendant.
_____/

FILED by _____ D.C.
DEC 29 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER SCHEDULING REVOCATION HEARING

It appearing to the court that additional time is needed to allow the defendant to be evaluated by a psychologist, and there being no objection from the government, it is hereby:

ORDERED that the defendant's sentencing on his revocation hearing ~~is set for~~ **will be set upon receipt of the psychological evaluation.** ~~xxxxxxxx~~

DONE AND ORDERED in Chambers this 23rd day of ~~November~~ Dec., 2003, at West Palm Beach, Florida.

Daniel T.K. Hurley
United States District Court Judge

cc: Lori Barrist, AFPD
    Tom Lanigan, AUSA
    Terry Graves, USPO