ps           UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA

             CASE NO. 00-6192-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ALFRED FISER,

    Defendant.
_____/



## ORDER SCHEDULING REVOCATION HEARING

It appearing to the court that additional time is needed to allow the defendant to be evaluated by a psychologist, and there being no objection from the government, it is hereby:

ORDERED that the defendant's sentencing on his revocation hearing is set for **January 21, 2004** at 8:30 a.m.

DONE AND ORDERED in Chambers this 5th day of Jan., 2004 at West Palm Beach, Florida.

                                    _____
                                    Daniel T.K. Hurley
                                    United States District Court Judge

cc: Lori Barrist, AFPD
    Tom Lanigan, AUSA
    Terry Graves, USPO