# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6192-CR-HURLEY

UNITED STATES OF AMERICA,
    **Plaintiff,**

v.

**ALFRED FISER,**
    **Defendant.**

--------------------------------------------/

```
FILED by _____ D.C.

   FEB - 2 2004

   CLARENCE  MADDOX
   CLERK U.S. DIST. CT.
   S.D. OF FLA. - W.P.B.
```

## AMENDED JUDGMENT ORDER UPON A
## VIOLATION OF SUPERVISION

**THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of Supervised Release and upon the report and recommendation of a United States Magistrate Judge. On January 21, 2004, the court held a hearing and subsequently concluded that, after being placed on Supervised Release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof, the defendant violated the conditions of supervision. For that reason and the reasons set forth on the record, it is

**ORDERED** and **ADJUDGED** that:

The term and conditions of Supervised Release are **reinstated** with the following **added conditions:**

1. The defendant shall participate in an inpatient/outpatient mental health treatment program as directed by the United States Probation Office. If deemed appropriate by the United States Probation Office, the defendant will contribute to the costs of services rendered (copayment) in an amount to be determine by the United States Probation Officer, based on ability to pay, or availability of third-party payment.

**\*\*\*\*    2.** The defendant shall reside at the CARP halfway house for a period of not less than four

months, as directed by the United States Probation Office. The defendant will contribute to the costs

of services rendered (copayment) in an amount to be determined by the United States Probation

Office, based on ability to pay or availability of third-party payment.

      **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___23rd___ day of

January, 2004.

**copy furnished:**
AUSA William T. Zloch
AUSA Thomas P. Lanigan
AFPD Lori Barrist
United States Probation Office
United States Marshal Service

                               Daniel T. K. Hurley
                            United States District Judge