\*\*\*\*   2. The defendant shall reside at the CARP halfway house for a period of not less than four months, as directed by the United States Probation Office. The defendant will contribute to the costs of services rendered (copayment) in an amount to be determined by the United States Probation Office, based on ability to pay or availability of third-party payment.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _29rd_ day of January, 2004.

**copy furnished:**
AUSA William T. Zloch
AUSA Thomas P. Lanigan
AFPD Lori Barrist
United States Probation Office
United States Marshal Service

_____
Daniel T. K. Hurley
United States District Judge

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
by _____
                    Deputy Clerk
Date __JAN. 30, 2004__

**"No Further Action Required by United States Marshal"**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6192-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ALFRED FISER,
    Defendant.  55406 094

---

### AMENDED JUDGMENT ORDER UPON A VIOLATION OF SUPERVISION

**THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of Supervised Release and upon the report and recommendation of a United States Magistrate Judge. On January 21, 2004, the court held a hearing and subsequently concluded that, after being placed on Supervised Release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof, the defendant violated the conditions of supervision. For that reason and the reasons set forth on the record, it is

**ORDERED** and **ADJUDGED** that:

The term and conditions of Supervised Release are **reinstated** with the following **added conditions:**

1. The defendant shall participate in an inpatient/outpatient mental health treatment program as directed by the United States Probation Office. If deemed appropriate by the United States Probation Office, the defendant will contribute to the costs of services rendered (copayment) in an amount to be determine by the United States Probation Officer, based on ability to pay, or availability of third-party payment.