PROB 12A
(SD/FL 10/01)

SD/FL PACTS No. 64815



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>00-6192-CR-HURLEY</u>

### <u>REPORT ON OFFENDER UNDER SUPERVISION</u>

FILED by _____ D.C.

APR - 5 2004

CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Name of Offender:  **FISER, Alfred**

Name of Sentencing Judicial Officer:      The Honorable Daniel T. K. Hurley
U.S. District Judge
West Palm Beach, FL

Date of Original Sentence:        January 5, 2001

Original Offense:    Bank Robbery, 18 U.S.C. § 2113(a), a Class C felony

Original Sentence:   37 months Bureau of Prisons; three years supervised release; special conditions: 1) The defendant shall participate in an approved treatment program for mental health/substance abuse, as directed by the U.S. Probation Office, and abide by all supplemental conditions of treatment. Participation may include inpatient/outpatient treatment, if deemed necessary; 2) The defendant shall maintain full-time, legitimate employment and is not to be unemployed for a term of more than 30 days unless excused by the U.S. Probation Officer. Further, the defendant shall provide documentation including, but not limited to, pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and other documentation requested by the U.S. Probation Officer; and $1,775.00 restitution.

Type of Supervision: Supervised Release        Date Supervision Commenced: April 4, 2003

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about February 28, 2004, the defendant submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory and subsequently was confirmed positive by Scientific Testing Laboratories, Inc. |

PROB 12A
(SD/FL 10/01)

SD/FL PACTS No. 64815

Name of Offender:    **FISER, Alfred**                    CASE NO.  **00-6192-CR-HURLEY**

2                    **Violation of Mandatory Condition**, by failing to pay restitution. The
                    Court ordered that $1775 restitution be paid. As of this date, only $50
                    has been paid toward the Court ordered restitution.

U.S. Probation Officer Action:

As indicated by the attached Report and Recommendation for Final Violation of supervised release dated November 13, 2003, the Court is aware that Mr. Fiser has a serious substance abuse problem. A psychiatric evaluation was completed prior to the last violation hearing at the request of the Federal Public Defender's Office which is also attached. In this report, it was noted that Mr. Fiser suffers from Major Depressive Disorder, cocaine and alcohol dependence as well as health problems.

On January 29, 2004, Mr. Fiser appeared before Your Honor for violation proceedings, at which time the Court reinstated supervision with the additional conditions of mental health counseling and return to The Comprehensive Alcoholism and Rehabilitation Programs, Inc. (CARP) half-way house for a period of not less than four months.

Unfortunately, Mr. Fiser has once again violated the conditions of supervised release by using cocaine on or about February 28, 2004. Mr. Fiser reported that on the date of the violation, he started drinking beer and subsequently returned to the use of cocaine. He then returned to the detox unit at CARP as a result of heart palpitations and was then sent to Saint Mary's Hospital for a medical checkup. Mr. Fiser then went to work and was subsequently contacted by this officer on his cell phone and instructed to return to CARP and place himself in the detox unit which he did do. A treatment decision was made at this time to place Mr. Fiser back into intensive residential treatment at CARP for another 60 days which will now be followed by an additional four months in CARP's half-way house if the Court consents.

Should Mr. Fiser choose not to cooperate fully in the above proposed treatment, or uses illegal substances or alcohol, the Court will be notified and requested to take further action. At this time the probation office is not recommending further action from the court, however, is notifying the Court that Mr. Fiser has relapsed and the intensity of his substance abuse treatment has been increased to address this matter.

PROB 12A
(SD/FL 10/01)

Name of Offender:    **FISER, Alfred**                    CASE NO.  <u>**00-6192-CR-HURLEY**</u>

   If the Court has any questions concerning this matter, please contact this officer at 561-804-6844.

          Respectfully submitted,

     by

          Terry V. Graves
          U.S. Probation Officer
          Phone: 561-804-6844
          Date: March 24, 2004

[✓] Concur with action(s) taken by the U.S. Probation Officer
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for _ Warrant or _ Summons

         Signature of Judicial Officer

         Date