rlb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6192-CR-HURLEY\VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ALFRED FISER,

    Defendant.

_____/

FILED by ___ D.C.

AUG - 4 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON SUPERVISION

THIS CAUSE, having come before the court on the defendant's request (1) to allow him to work at his chosen occupation while on supervision; (2) to terminate his supervision outright; or (3) to allow him to go to jail instead of remaining on supervision, this court does hereby:

ORDER that the defendant's motion is ~~granted~~/denied.

He is to _follow the instructions of the probation officer or be subject to violation of supervised release._

DONE AND ORDERED this _2nd_ day of ~~July~~ Aug. 2004 at West Palm Beach, Florida.

_____
DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

# FAX BACK LIST

Lori Barrist
Assistant Federal Public Defender
400 Australian Avenue, Suite 300
West Palm Beach, Florida 33401
Phone: 561-833-6288
Fax: 561-833-0368

Tom Lanigan
Assistant United States Attorney
500 E. Broward Boulevard, 7th Floor
Fort Lauderdale, Florida 33394
Phone: 954-356-7255
Fax: 954-356-7336

Terry Graves
United States Probation Office
501 S. Flagler Drive, Suite 400
West Palm Beach, Florida 33401
Phone: 561-804-6844
Fax: 561-655-1049

Alfred Fiser
c/o CARP
5406 East Avenue
West Palm Beach, Florida 33407