PROB 19a                                                           SD/FL PACTS No. 64815

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6192-CR-HURLEY

FILED by _____ D.C.
NOV 4 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

U.S.A. vs Alfred Fiser

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. |||||
| NAME OF SUPERVISED RELEASEE<br>**Alfred Fiser** || SEX<br>M | RACE<br>W | AGE<br>31 |
| ADDRESS (STREET,CITY,STATE)<br>414 36th West Palm Beach, FL 33404 |||||
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>The Honorable Daniel T. K. Hurley, U.S. District Judge<br>Southern District of Florida, West Palm Beach |||| DATE IMPOSED<br>01/05/01 |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>The Honorable Daniel T. K. Hurley, U.S. District Judge<br>Southern District of Florida, West Palm Beach |||||
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK<br>*J. E. (ill.)* ||| DATE<br>NOV 4 2004 |
| **RETURN** |||||
| **Warrant received and executed.** | DATE RECEIVED ||| DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) |||||
| NAME || (BY) || DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

# Personal History of Absconder

CONFIDENTIAL
DO NOT FILE DO NOT SCAN
RETURN TO PROBATION

SD/FL PACTS#: 64815

| | |
|---|---|
| **TO:** | U.S. MARSHALS, Warrant Supervisor |
| **FROM:** | GRAVES, TERRY V.<br>U.S. COURTS, 501 S. FLAGLER DRIVE, SUITE 400<br>WEST PALM BEACH, FL 33401-5912<br>(561) 804-6844 |
| **RE:** | FISER, ALFRED LOYD |

**SEX:** M  **RACE:** WHITE
**DOB:** 9/1/1943  **POB:** MORRILTON, ARKANSAS
**HEIGHT:** 5'11  **WEIGHT:** 200
**EYES:** GREY  **HAIR:** BLUE

**Aliases:** ALFRED FISHER

**Complexion (Scars, Tattoos, Deformities, other ID marks):**
RUDDY

**FBI:** 547443H  **SSN:** 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
**MRSH:** 55406-004  **INS:**
**FDLE:** 02119555
**Type of supervision:** TSR

**In custody now:** NO
**Drug use:** YES  **Drug:** COCAINE
**Mental Health:** YES  **Medications:** NOT TAKING ANTI DEPRESSANTS

**Last face-to-face contact (date):** 10/19/2004
**Does subject know warrant has been issued?:** NO

## CURRENT ADDRESS
414 36TH ST., WEST PALM BEACH, FL 33404