PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 64815

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>00-6192-CR-HURLEY</u>

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender:      **FISER, Alfred**

Name of Sentencing Judicial Officer:      The Honorable Daniel T. K. Hurley  
U.S. District Judge  
West Palm Beach, FL

FILED by _____ D.C.  
NOV 4 2004  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. - W.P.B.

Date of Original Sentence:      January 5, 2001

Original Offense:      Bank Robbery, 18 U.S.C. § 2113(a), a Class C felony

Original Sentence:      37 months Bureau of Prisons; three years supervised release; special conditions: 1) The defendant shall participate in an approved treatment program for mental health/substance abuse, as directed by the U.S. Probation Office, and abide by all supplemental conditions of treatment. Participation may include inpatient/outpatient treatment, if deemed necessary; 2) The defendant shall maintain full-time, legitimate employment and is not to be unemployed for a term of more than 30 days unless excused by the U.S. Probation Officer. Further, the defendant shall provide documentation including, but not limited to, pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and other documentation requested by the U.S. Probation Officer; and $1,775.00 restitution.

Type of Supervision: Supervised Release      Date Supervision Commenced: April 4, 2003

Assistant U.S. Attorney:  
Thomas Lanigan  
500 East Broward Boulevard, 7th Floor  
Fort Lauderdale, FL 33394

Defense Attorney:  
Lori Barist, AFPD  
400 Australian Avenue, Suite 300  
West Palm Beach, FL 33401

## PETITIONING THE COURT

[X]   To issue a warrant  
[]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 64815

Name of Offender:   **FISER, Alfred**                    CASE NO. <u>00-6192-CR-HURLEY</u>

<u>Violation Number</u>          <u>Nature of Noncompliance</u>

1           **Violation of Mandatory Condition**, by unlawfully using or possessing a controlled substance. On or about October 14, and 19, 2004, the defendant submitted urine specimens which tested positive for the presence of cocaine in our local laboratory and subsequently were confirmed positive by Scientific Testing Laboratories, Inc. Furthermore, on October 21, 2004, the defendant submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory and is pending confirmation from Scientific Testing Laboratories, Inc.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be  
[X]   revoked.  
[ ]   extended for _ years, for a total term of _ years.  
[ ]   The conditions of supervision should be modified as follows:

                                        Respectfully submitted,
                              by        
                                        Terry V. Graves  
                                        U.S. Probation Officer  
                                        Phone: 561-804-6844  
                                        Date: October 29, 2004

Reviewed by:

Patricia C. Laskowski, Supervising  
U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action  
[X]   The Issuance of a Warrant  
[ ]   The Issuance of a Summons  
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

                              Signature of Judicial Officer

                              Nov. 3, 2004  
                              Date