# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 11/16/04    TIME: 10:00 AM

**DEFT.** ALFRED FISER (J)    **CASE NO.** 00-6192-CR-HURLEY/VITUNAC

**LANGUAGE:** ENGLISH    **PRISONER NO:** 55406-094

**AUSA.** BRUCE REINHART    **ATTY.**

**AGENT.** TERRY GRAVES - USPO    **VIOL.** SUPERVISED RELEASE VIOLATION

**PROCEEDING** INITIAL HEARING    **BOND.** NO BOND

FILED by _____ D.C.
MAG. SEC.
NOV 16 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**FUTURE DATES** _____

**DISPOSITION** Dft present & sworn; dft advised of rights; dft found to be indigent; AFPD - Peter Birch - apptd;

Deft wishes to stipulate to detention; admits violations; waives a preliminary/final probable cause hearing

R & R forthcoming; sentencing to be set before Judge Hurley

**DATE:** 11/16/04    **TAPE:** LRJ-04-59-1 & 04-59-135