UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE # 00 6192 Cr-Hurley/Vitunac

VS.                             REPORT COMMENCING CRIMINAL ACTION

Fiser, Alfred                   PRISONER # 55406-004

****************************************************************

TO CLERK'S OFFICE, UNITED STATES DISTRICT COURT: (CIRCLE ONE)

MIAMI    FT. LAUDERDALE    WEST PALM BEACH    FT. PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
****************************************************************

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR
UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST: 11/15/04

2) LANGUAGE(S) SPOKEN: English

3) OFFENSE(S) CHARGED: Viol Supv Release

4) U. S. CITIZEN  [X] YES    [ ] NO    [ ] UNKNOWN

5) DATE OF BIRTH: 9/1/43

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [ ] INDICTMENT          [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [X] PAROLE VIOLATION WARRANT

   CASE # _____

   ORIGINATING DISTRICT: _____

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [X] NO

7) AMOUNT OF BOND: _____ WHO SET BOND _____

8) ARRESTING AGENT: GANESH                    DATE: 11/15/04

9) AGENCY  US Marshals                        PHONE: (561)655-1827