UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6192-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALFRED FISER,

        Defendant.
_____/



## *REPORT AND RECOMMENDATION*

**THIS CAUSE** came before the Court on November 16, 2004, for a hearing on alleged violations of supervised release. The defendant is charged with violations of his supervised release:

    1. Violation of mandatory condition, by unlawfully using or possessing a narcotic. On or about October 14 and 19, 2004, the defendant submitted urine specimens which tested positive for the presence of cocaine. The tests were confirmed by Scientific Testing Laboratories, Inc. Furthermore, on October 21, 2004, the defendant submitted a urine specimen which tested positive for the presence of cocaine. Said test is currently pending confirmation from Scientific Testing Laboratories, Inc.

    The defendant consulted with counsel and admitted to violating the conditions of supervised release. The Court finds that the defendant voluntarily and knowingly admitted the violation of his supervised release. Based upon this finding, this Court **RECOMMENDS** to the District Court that Alfred Fiser be found in violation of his supervised release and recommends that the United States District Court proceed to sentencing in this matter.



Pursuant to 28 U.S.C. §636(b)(1)(B) and (C), the parties shall serve and file written objections, if any, with the Honorable Daniel T. K. Hurley, United States District Judge, within ten (10) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this _17_ day of _Nov_, 2004.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LINNEA R. JOHNSON
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Copies provided to:

The Honorable Daniel T. K. Hurley
Carolyn Bell - AUSA
Peter Birch - AFPD
Terry Graves - USPO