rlb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6192-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ALFRED FISER,
    Defendant.
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

                KATHLEEN M. WILLIAMS
                FEDERAL PUBLIC DEFENDER

                _____
                Lori Barrist
                 Assistant
                Federal Public Defender
                Attorney for Defendant
                Florida Bar No. 374504
                400 Australian Ave. N., Ste 300
                West Palm Beach, Florida 33401
                Telephone: (561) 833-6288\Fax: (561) 833-0368
                Lori _ Barrist@FD.ORG

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 23rd day of November, 2004 to Assistant United States Attorney Bruce Reinhart, 500 Australian Avenue, Suite 400, West Palm Beach, Florida 33401 and United States Probation Officer Terry Graves, 501 South Flagler Drive, Suite 400, West Palm Beach, Florida 33401.

_Lori Barrist_
Lori Barrist