UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6192-CR-HURLEY/JOHNSON

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ALFRED FISER,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendations of a United States Magistrate Judge. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's report and recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Wednesday, December 22, 2004**, at **10:00 a.m.** in courtroom 11G at the Palm Beach County Courthouse, 205 North Dixie Highway, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this \_\_21st\_\_ day of December, 2004.

**copy furnished:**
AUSA Carolyn Bell
AFPD Lori Barrist
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge