UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6192-CR-HURLEY

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

**v.**

**ALFRED FISER,**
    **Defendant.**
_____/



### JUDGMENT & COMMITMENT ORDER
### UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendations of a United States Magistrate Judge. On December 22, 2004, the court held a hearing and subsequently concluded that the defendant, after being placed on supervised release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory therefore, violated the conditions of supervision. For that reason and the reasons stated on the record, it is

**ORDERED** and **ADJUDGED** that:

1. The term and conditions of supervised release are **revoked** and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Six Months.** [The court recommend the term of imprisonment be served in Palm Beach County, FL.]

2. Upon the completion of the term of imprisonment, supervision shall be terminated.

3. The defendant shall remain liable for the payment of restitution. The government is not

precluded from using other assets or income of the defendant to satisfy the restitution.

      **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___12___ day of January, 2005.

**copy furnished:**
AUSA Kerry S. Baron
AUSA Thomas Lanigan
AFPD Lori Barrist
U.S. Marshal Service
U.S. Probation Office

                                          Daniel T. K. Hurley
                                      United States District Judge